The People of the State of Illinois ex rel. Oscar Nelson, plaintiff, v. Garfield State Bank, defendant.

Clay Hess, administrator of the estate of Ezra Hess, deceased, appellant, v. John E. Sullivan, receiver of Garfield State Bank, appellee. Gen. No. 38,146.

Opinion filed December 30, 1935.
Gordon McLeish Leonard, for appellant. Crowe, Gorman, Sheridan, Mulder & Wesselink, for appellee; Gerritt W. Wesselink, of counsel.
Mr. Presiding Justice Scanlan delivered the opinion of the court.